UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

PACHECHO ROSS ARCHITECTS, P.C. f/k/a

MITCHELL ROSS ASSOCIATES ARCHITECTS, P.C.,
and DENNIS A. ROSS ARCHITECT,

                      Defendants,

-against-

MITCHELL ASSOCIATES ARCHITECTS
and ROBERT A. MITCHELL,

                      Defendants.

---

**STIPULATION OF DISCONTINUANCE**

Civil Action No.: 08-CV-0466
(GTS) (RPT)

WHEREAS, the undersigned are the attorneys of record for all the parties to the above entitled action, and

WHEREAS, no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, and

WHEREAS, the parties have entered into a Settlement Agreement, dated as of November 18, 2010.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. The above entitled action shall be, and hereby is, discontinued with prejudice.

2. This stipulation of discontinuance is without costs to either party as against the other.

3. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: November 18, 2010

YOUNG, SOMMER, WARD, RITZENBERG, BAKER & MOORE, LLC

By *Sonya del Peral*
Sonya del Peral
Attorneys for Defendants
Executive Woods
Five Palisades Drive
Albany, New York 12205
(518) 392-4267

MASTROPIETRO & FRADE, LLC

By: _____
John P. Mastropietro, Esq.
Attorneys for Plaintiffs
63 Franklin Street
Saratoga Springs, New York 12866
Telephone (518)-226-0700

**IT IS SO ORDERED:**

*Glenn T. Suddaby*
Glenn T. Suddaby
U.S. District Judge
Dated: 11/29/10